## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAREN DIANA LOCKETT,

     Plaintiff,

v.                                  Case No: 8:15-cv-1055-T-30TBM

MAHMOOD AL RAHAWI and
PAYLESS TOWING, INC.,

     Defendants.

_____

## ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Notice of Settlement Pursuant to Local Rule 3.08

and Notice of Voluntary Dismissal (Dkt. #15).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed with prejudice.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 20th day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record